CHAD WRIGHT
WRIGHT LEGAL, P.C.
P.O. Box 1582
Helena, MT 59624
Phone: (406) 495-9027
Fax: (406) 443-3727
chad@wrightlegal.pro
 *Counsel Daniel Brown*

Briana E. Kottke
SMITH & STEPHENS, P.C.
315 W. Pine
Missoula, MT 59802
Phone:  (406) 721-0300
Fax:  (406) 721-5370
Email: briana@smithstephens.com
 *Counsel for John Merchberger III*

Katie I. Lacny
JASPER SMITH LACNY, P.C.
202 West Spruce Street
P.O. Box 7785
Missoula, MT 59802
Phone: (406) 541-7177
Fax: (406) 541-7179
Email: kio@montanalaw.com
 *Counsel for Tony Gustafson*

Eric R. Henkel
REEP, BELL, LAIRD & SIMPSON, P.C.
2955 Stockyard Road
Missoula, MT 59808
Phone: (406) 541-4100
Fax: 541-4101
Email: henkel@rbl-mt.com
 *Counsel for Marc Edoria* Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# MISSOULA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CR-14-27-M-DLC |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MOTION TO SUPPRESS** |
| vs. | ) | |
| | ) | |
| **DANIEL BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendants Daniel Brown, John Merchberger, III, Tony Gustafson and Marc Edoria through counsel, move to suppress all evidence obtained from the search of their e-mail accounts, and all evidence derived therefrom, including the subsequent searches of their homes and statements made to authorities during the searches. This motion is made pursuant to the Fourth Amendment and the Fifth Amendment to the United States Constitution. It is supported by the Memorandum in Support of Motion to Suppress Evidence, filed today. Assistant United States Attorney Cyndee Peterson has been contacted and indicates the United States objects to this motion.

DATED: December 1, 2014.

>/s/ Chad Wright
>Chad Wright
>Counsel for Defendant Daniel Brown
>
>s/ Briana E. Kottke
>Briana E. Kottke
>Counsel for John Merchberger III
>
>/s/ Katie I. Lacny
>Katie I. Lacny
>Counsel for Tony Gustafson
>
>/s/ Eric R. Henkel
>Eric R. Henkel
>Counsel for Marc Edoria